# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **KELLY SHATTUCK** | : | **Case No. 1:21-cv-523** |
| | : | |
| Plaintiff, | : | **Judge Cole** |
| | : | |
| v. | : | |
| | : | |
| **OAK HILLS LOCAL SCHOOL DISTRICT** | : | |
| | : | |
| Defendant. | : | |

_____

## NOTICE OF VOLUNTARY DISMISSAL
_____

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Kelly Shattuck hereby gives notice that she is dismissing all claims in her Complaint with prejudice.

Respectfully submitted,

/s/ Brian J. Butler
Brian J. Butler
Marc D. Mezibov
615 Elsinore Place
Cincinnati, OH 45202
Phone: 513.621.8800
Fax: 513.621.8833
bbutler@mezibov.com
mmezibov@mezibov.com

*Counsel for Kelly Shattuck*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was served on all counsel of record via the Court's electronic filing system on March 6, 2023.

                                                  s/ Brian J. Butler
                                                  Brian J. Butler